## STATEMENT OF OFFENSE

On May 2, 2025, at approximately 2339 hours, Sergeant Jerrika Brown-McDaniel of the Housing Southwest Unit (HSWU) of the District of Columbia Housing Authority (DCHA) was flagged down by bystanders who informed Sergeant Brown-McDaniel that a black male fell off a rental bike and was laying on the street at around the 1200 block of Canal Street SW in Washington, D.C.

Upon arrival, Sergeant Brown-McDaniel observed the Defendant, who was later identified as Jamaal Olds-Shell (D.O.B XX/XX/XXXX) laying on the street with a large gash on the left side of his head. Due to the injuries, Sergeant Brown-McDaniel rendered aid to the Defendant and requested emergency assistance.

Metropolitan Police Department (MPD) officers arrived on scene to assist DCHA. While rendering aid to the Defendant, MPD Officer Ashley Lewis observed an L-shaped bulge in the Defendant's front waistband under his underwear that was inconsistent with the human anatomy. A firearm was recovered from the Defendant's front waistband underneath his pants and underwear. After recovering the firearm from the Defendant, Officer Lewis asked the Defendant whether he had a concealed carry permit. The Defendant responded, "what gun" and continued to deny that he had a firearm on him. The Defendant was placed under arrest and transported to the hospital for further treatment.

The firearm that the officers recovered was a black in color 9 mm Glock 19 bearing serial number BUBU888. The firearm was loaded with 14 rounds of 9mm ammunition in the magazine and one 9mm ammunition round in the chamber. The magazine had a capacity of 15 rounds. The firearm was recovered and processed.

A WALES/NCIC check of the firearm revealed that the gun was stolen out of Richmond, Virginia. Officers conducted a database check and learned that the Defendant does not have a license to carry a pistol in the District of Columbia and the firearm was not registered within the District of Columbia.

Officers conducted a criminal history check and learned that the Defendant was previously convicted of an offense that was punishable by a term of imprisonment exceeding one year in Queen Anne's County, Maryland, in case number MD-C-17-CR-21-146. On March 19, 2021, he was sentenced to 3 years' incarceration. As a result, at the time he possessed the firearm, the Defendant was aware that he had a prior conviction for a crime punishable by more than one year of imprisonment.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about May 2, 2025, the Defendant violated 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm.



Special Agent Jazzmin Neal
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on May 8, 2025.

The Honorable G. Michael Harvey
United States Magistrate Judge